Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JIM JUNIOR CALL,<br><br>　　　　Defendant. | NO. 3:99-cr-00130-JKS<br><br>**MOTION TO WAIVE INTEREST ON RESTITUTION** *NUNC PRO TUNC* **TO FEBRUARY 22, 2000** |

　　　　Jim Call, though his counsel, Kevin F. McCoy, Assistant Federal Defender, moves this court for an order waiving the requirement that he pay interest on the restitution ordered as a condition of supervised release.  Mr. Call asks that the requirement that he pay interest on the outstanding sum be eliminated *nunc pro tunc* to February 22, 2000, the date the judgment was filed.

　　　　Such an order is appropriate because Mr. Call has been diligently paying on his restitution obligation by surrendering his annual Alaska Permanent Fund Dividend and by paying $500.00 per month from his wages.  The original restitution amount was $26,393.32.  Mr. Call has paid $14,633.84 towards his restitution.  However, because of accruing interest the outstanding restitution amount is $21,656.09.

The U.S. Probation Service does not oppose this motion.

This motion is submitted pursuant to 18 U.S.C. § 3612(f)(3)(A) and is based on the affidavit of counsel filed herewith.

DATED at Anchorage, Alaska this 8th day of May 2007.

Respectfully Submitted,

/s/Kevin F. McCoy
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:      907-646-3400
Fax:        907-646-3480
E-Mail:     kevin_mccoy@fd.org

Certification:
I certify that on May 8, 2007,
a copy of the *Motion to Waive Interest on Restitution Nunc Pro Tunc to February 22, 2000,*
was served electronically on:

Joseph Bottini
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK 99513-7567

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

/s/Kevin F. McCoy

Case No. 3:99-cr-00130-JKS                                                    Page 2