UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>JIM JUNIOR CALL,<br><br>          Defendant. | NO. 3:99-cr-00130-JKS<br><br>**PROPOSED ORDER** |

On consideration of the defendant's Motion to Waive Interest on Restitution *Nunc Pro Tunc* to February 22, 2000;

IT IS HEREBY ORDERED that the motion is GRANTED. Interest on the outstanding restitution obligation in this matter is hereby waived *nunc pro tunc* to February 22, 2000.

DATED this ____ day of May 2007, in Anchorage, Alaska.

_____
JAMES K. SINGLETON
U.S. DISTRICT JUDGE