IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   vs.<br><br>JIM JUNIOR CALL,<br><br>                Defendant. | Case No. 3:99-cr-00130 (JKS)<br><br>**ORDER DIRECTING**<br>**THE UNITED STATES ATTORNEY**<br>**AND**<br>**THE UNITED STATES PROBATION**<br>**SERVICE TO RESPOND TO MOTION** |

The Defendant named in the caption of this case was convicted of one or more federal offenses and was sentenced to serve a term of imprisonment followed by a period of supervised release. He has filed one or more post-conviction motions which are currently pending to which neither the United States Attorney nor the Probation Service has responded.

**IT IS THEREFORE ORDERED:**

The United States Attorney and the Probation Service shall separately serve and file responses to the motion at Docket No. 101 on or before **Thursday, June 21, 2007**.

Dated at Anchorage, Alaska, this 7th day of June, 2007.

                                                             /s/ James K. Singleton, Jr.
                                                            **JAMES K. SINGLETON, JR.**
                                                              United States District Judge