NELSON P. COHEN
United States Attorney

KAREN L. LOEFFLER
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: karen.loeffler@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>JIM JUNIOR CALL,<br><br>            Defendant. | No. 3:99-cr-00130-JKS<br><br>**SUBSTITUTION OF COUNSEL** |

COMES NOW the United States Attorney's Office, by and through Karen L. Loeffler, Assistant U.S. Attorney, and hereby enters a substitution of counsel on behalf of the United States of America. The government requests that

the Court no longer serve pleadings in the above-captioned case on AUSA Kevin Feldis now that the undersigned is appearing as counsel in this case.

All further pleadings and correspondence, etc. shall be sent to the following address:

Karen L. Loeffler
Assistant U.S. Attorney
222 West 7th Avenue, Room 253, #9
Anchorage, AK  99513-7567
(907) 271-5071
Fax: (907) 271-1500
E-mail: karen.loeffler@usdoj.gov

RESPECTFULLY SUBMITTED on this 6th day of July, 2007, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

 s/Karen L. Loeffler
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: karen.loeffler@usdoj.gov

**CERTIFICATE OF SERVICE**
I hereby certify that on July 6, 2007
a copy of the foregoing was served
on Kevin McCoy by electronic notice.

  s/ Karen L. Loeffler

**U.S. v. CALL**
3:99-cr-00130-JKS                              2