NELSON P. COHEN
United States Attorney

KAREN L. LOEFFLER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: karen.loeffler@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3:99-cr-00130-JKS |
| ) | |
| Plaintiff, ) | |
| ) | **NOTICE TO DISCONTINUE** |
| vs. ) | **ELECTRONIC SERVICE** |
| ) | |
| JIM JUNIOR CALL, ) | |
| ) | |
| Defendant. ) | |
| ) | |

      COMES NOW Plaintiff United States of America, by and through Nelson P.

Cohen, United States Attorney for the District of Alaska, and hereby requests the

Court no longer electronically serve pleadings in the above-captioned case on

Kevin Feldis, Asst. U.S. Attorney.  Assistant U.S. Attorney Karen L. Loeffler, is the lead attorney in this matter.

RESPECTFULLY submitted this 6th day of July, 2007, at Anchorage, Alaska.

                                                NELSON P. COHEN
                                                United States Attorney

                                                s/Karen L. Loeffler
                                                Assistant United States Attorney
                                                Federal Building & U.S. Courthouse
                                                222 West Seventh Avenue, #9, Rm 253
                                                Anchorage, Alaska  99513-7567
                                                Phone: (907) 271-5071
                                                Fax: (907) 271-1500
                                                E-mail: karen.loeffler@usdoj.gov

**CERTIFICATE OF SERVICE**
I hereby certify that on July 6, 2007
a copy of the foregoing was served
on Kevin McCoy by electronic notice.

   s/ Karen L. Loeffler

**U.S. v. CALL**
3:99-cr-00130-JKS