```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs. JIM JUNIOR CALL           CASE NO. 3:99-cr-00130-JKS
Defendant:  X Present-Telephonic  X On Supervised Release

BEFORE THE HONORABLE:         JAMES K. SINGLETON

DEPUTY CLERK/RECORDER:        APRIL KARPER

UNITED STATES' ATTORNEY:      KAREN LOEFFLER

DEFENDANT'S ATTORNEY:         KEVIN MCCOY

PROCEEDINGS: HEARING ON MOTION TO WAIVE INTEREST ON RESTITUTION
             NUNC PRO TUNC TO FEBRUARY 22, 2000 (DKT 101)
             HELD JULY 10, 2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 11:10 a.m. court convened.

Court and counsel heard re defendant's Motion to Waive Interest on Restitution Nunc Pro Tunc to February 22, 2000 (Dkt 101); **DENIED.** Court suspended the prospective payment of interest on restitution as of July 10, 2007. Court will revisit the matter when the accumulation of payments equal the original principle amount of the initial restitution amount.

At 11:23 a.m. court adjourned.


DATE:      July 10, 2007         DEPUTY CLERK'S INITIALS:   amk


Revised 6-18-07