PROB 34
1/92

Report and Order Terminating Probation/
Supervised Release

# United States District Court

for the

District of Alaska

UNITED STATES OF AMERICA

v.                                     Case No.     3:99-CR-00130-JKS

Jim Junior Call

It appears that the above-named has complied with the conditions of supervised release imposed by the Order of the Court heretofore made and entered in this case and that the period of supervised release expired on November 2, 2007.  It is therefore recommended that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

**REDACTED SIGNATURE**

7

Chris Liedike                                    Date
U.S. Probation/Pretrial Services
Officer

**REDACTED SIGNATURE**

Eric D. Odegard
Supervising U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this _5th_ day of _November_, 20 _07_.

/s/ James K. Singleton, Jr.

James K. Singleton
Senior U.S. District Court Judge